JANET M. HEROLD
Regional Solicitor
IAN H. ELIASOPH (CSBN 227557)
Counsel for ERISA
GRACE A. KIM, Trial Attorney (CSBN 247456)
Office of the Solicitor
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071
Direct: (213) 894-3950
Facsimile: (213) 894-2064
Email: kim.grace@dol.gov

Attorneys for Plaintiff
United States Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS E. PEREZ,** Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> **DRAEGER CONSTRUCTION, INC.,** a California corporation; <br><br> **DRAEGER CONSTRUCTION, LLC,** a Nevada limited liability company; <br><br> **DRAEGER CONSTRUCTION, INC. HEALTH AND WELFARE PLAN,** an employee benefit plan; <br><br> **JEFFREY DRAEGER,** an individual. <br><br> Defendants. | Case No. CV 15-4668 BLF <br><br> ~~(PROPOSED)~~ **ORDER DISMISSING REMAINING DEFENDANTS** |

The Court is in receipt of Plaintiff Secretary of Labor's notice seeking voluntary dismissal of the remaining Defendants in this action -- Draeger Construction, LLC, Draeger Construction, Inc., and the Draeger Construction, Inc. Health and Welfare Plan ("Remaining Defendants") -- on the grounds that the Consent Judgment (Dkt. 23) pro-

**(PROPOSED) ORDER DISMISSING REMAINING DEFENDANTS**

1  vides for the relief requested in the Secretary's Complaint.  The Secretary's request is
2  hereby GRANTED.
3     Defendants Draeger Construction, LLC, Draeger Construction, Inc., and the Draeger Construction, Inc. Health and Welfare Plan are hereby DISMISSED WITHOUT PREJUDICE and this action is hereby CLOSED.  The Case Management Conference previously scheduled for February 11, 2016 (Dkt. 14) is hereby VACATED.

   IT IS SO ORDERED.

Dated: January 29, 2016                    _____
                                           The Hon. Beth Labson Freeman
                                           United States District Judge

**(PROPOSED) ORDER DISMISSING REMAINING DEFENDANTS**